UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,
ex. rel. KATHI HOLLOWAY            **PLAINTIFF**

V.        Civil Action No. 3:10cv1875-JGC

HEARTLAND HOSPICE, INC., et al.           **DEFENDANTS**

## NOTICE OF VOLUNTARY DISMISSAL
## OF ONE DEFENDANT

The Plaintiff/Relator herein provides notice hereby through counsel, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that original Defendant The Carlyle Group, no service on which of any summons or complaint herein has been attempted or achieved, and which has not served any answer or any motion for summary judgment (or any other response to the Complaint herein), is hereby voluntarily dismissed without prejudice from status as a Defendant in this civil action.

Counsel for the United States, through Assistant United States Attorney Guillermo ("Bill") Rojas, has affirmed to the undersigned Counsel for the Plaintiff/Relator that the United States has no objection to such a voluntary dismissal without prejudice to the United States as to that single Defendant.

The remaining Defendants, Heartland Hospice, Inc. and HCR Manorcare, Inc., shall not be dismissed hereby.

This the 23rd day of May, 2018.

                KATHI HOLLOWAY
                By her Attorney,
                PIGOTT LAW FIRM, P.A.

                By: s/Brad Pigott
                J. Brad Pigott, Admitted *Pro Hac Vice*

J. Brad Pigott, Mississippi Bar No. 4350
PIGOTT LAW FIRM, P.A.
775 North Congress Street
Jackson, Mississippi 39202
Telephone: 601-949-9450
Email: bpigott@pjlawyers.com

## Certificate of Service

    This is to certify that I have this day, May 23, 2018, caused the foregoing Notice to be electronically mailed to the principal counsel for the United States as set forth above at his office email address of Guillermo.Rojas@usdoj.gov, and to all counsel who have entered as counsel of record for any party herein, through an electronic filing this day with the electronic court filing ("ECF") system maintained by the Clerk of this Court.

                _s/Brad Pigott_____
                J. Brad Pigott